PD-0641-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/9/2015 12:29:05 PM
Accepted 7/9/2015 5:08:05 PM
ABEL ACOSTA
CLERK

NO. PD-0641-15

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

JIMMY EUGENE JOHNS, PETITIONER/APPELLANT

vs.

THE STATE OF TEXAS, RESPONDENT/APPELLEE

ON APPEAL FROM THE COURT OF APPEALS FOR THE SECOND
DISTRICT OF TEXAS (FORT WORTH)
CAUSE NO. 02-14-00233-CR, AND FROM THE CRIMINAL DISTRICT
COURT NO. 1 OF TARRANT COUNTY
CAUSE NO. 1332690D

PROOF OF MAILING ACCEPTED COPIES OF PETITION FOR
DISCRETIONARY REVIEW TO COURT OF CRIMINAL APPEALS
PURSUANT TO RULE 9.3 (B)

Gerald R. Smith, Sr.
State Bar No. 24039316
Law Offices of Smith & D'Antonio
P.O. Box 200395
Arlington, Texas 76006
Telephone: (817) 462-4036
Facsimile: (817) 462-4037
attorney@gjsmithlaw.com

Cynthia Rowe D'Antonio
Oklahoma Bar No. 19652
Green, Johnson, Mumina
& D'Antonio
400 N. Walker Ave. Ste. 100
Telephone (405) 702-7228
Facsimile (405) 702-6898
cynthia@gjmlawyers.com
*Admission pro hac vice*

FILED IN
COURT OF CRIMINAL APPEALS

July 9, 2015

1

ABEL ACOSTA, CLERK

## PROOF OF SERVICE

I, Cynthia Rowe D'Antonio, of The Law Offices of Green Johnson Mumina & D'Antonio, located at 400 North Walker Avenue, Suite 100, Oklahoma City, OK 73102, and admitted pro hac vice in this honorable Court, hereby certify that on July 9, 2015, I mailed ten (10) copies of Petition for Discretionary Review on behalf of Jimmy Johns, Appellant/Petitioner, pursuant to Rule 9.3 (b). See Attached Exh. A.

I declare under penalty of perjury that the foregoing is true and correct.

Cynthia Rowe D'Antonio
Attorney for Jimmy Johns
Admitted Pro Hac Vice

2

**EXH. "A"**

CENTER CITY
OKLAHOMA CITY, Oklahoma
731029998
3961360018-0095
07/09/2015 (800)275-8777 12:01:02 PM

——————— Sales Receipt ———————

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| @@ ~~ AUSTIN TX 78701-1445 | | $12.65 |

Zone-4
Priority Mail 2-Day
Medium Flat Rate Box
2 lb. 10.20 oz.
 Expected Delivery: Sat 07/11/15
 Includes up to $50 Insurance

USPS Tracking #:
9505 5110 9797 5190 4321 01

| | ======== |
|---|---|
| Issue Postage: | $12.65 |

| Total: | $12.65 |
|---|---|

Paid by:
Cash                          Void
Cash                        $15.00
Change Due:                 -$2.35

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
**********************************
**********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
**********************************
**********************************


~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm


Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
**********************************
**********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**********************************
**********************************

Bill#:1000502666430
Clerk:13

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business

-------